Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

---

Case No.: 17−35915−CMG  
Chapter: 7  
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dawn M. Sparany
   aka Dawn M. Hamel, dba Once Upon a
   Magical Vacation, LLC
   49 Adamston Dr
   Brick, NJ 08723−8004

Social Security No.:
   xxx−xx−4973

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that John W. Hargrave is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: April 4, 2018            Christine M. Gravelle
                                Judge, United States Bankruptcy Court